[Nos. 27583-6-I; 28723-1-I.   Division One.   January 31, 1994.]

ALVIN FRANZ, ET AL, *Respondents*, v. PETER LANCE,
ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 89-2-05613-3, Paul D. Hansen, J., entered October 4, 1990, and June 4, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Kennedy, JJ.

[No. 31733-4-I.   Division One.   January 31, 1994.]

STEVEN R. ARBAUGH, *Appellant*, v. EDWARD VOLTZ,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-04944-1, Richard J. Thorpe, J., entered September 4, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Kennedy, JJ.

[No. 14233-3-II.   Division Two.   January 31, 1994.]

SHIRLEY C. CAIN, *Individually and as Personal
Representative, Plaintiff*, v. THE CITY
OF TACOMA, ET AL, *Defendants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-01419-5, Nile E. Aubrey, J., entered August 10, 1990. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Petrie, J. Pro Tem.